IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA               :
                                                            CRIMINAL ACTION
                 v.                                         NO. 10-731-2
                                                        :
MICHAEL JOHNSON

## ORDER

AND NOW, this 8th day of April, 2015, upon consideration of Petitioner's Pro Se Motion
to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 159), the government's
Response thereto (Doc. No. 164), Petitioner's Reply (Doc. No. 167), and Petitioner's Pro Se
Amendment to 2255 Motion (Doc. No. 180), it is hereby ORDERED as follows:

(1)     Petitioner's Motion is DENIED;

(2)     Petitioner's request for an evidentiary hearing and renewed request for
        appointment of counsel are DENIED;

(3)     A Certificate of Appealability SHALL NOT ISSUE because Petitioner has failed
        to make an adequate showing of the denial of a constitutional right and
        reasonable jurists would not debate the correctness of this Court's ruling;[1] and

(4)     The Clerk of Court shall CLOSE this matter for statistical purposes.

                                          BY THE COURT:


                                          /s/ C. Darnell Jones, II
                                          _____
                                          C. Darnell Jones, II      J.

_____

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).